# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| **Corinne Pearson, on behalf of herself and all others similarly situated,** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 26CV4167CABDEB <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff* | |
| v. | |
| **Nike, Inc.** | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Mariah Gutierrez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Nike, Inc. c/o Registered Agent United Agent Group Inc. in Sacramento County, CA on July 24, 2026 at 12:28 pm at 7801 Folsom Blvd, Ste 202, Sacramento, CA 95826-2620 by leaving the following documents with Kristin Barney who as INTAKE SPECIALIST is authorized by appointment or by law to receive service of process for Nike, Inc. c/o Registered Agent United Agent Group Inc..

COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND OTHER EQUITABLE RELIEF Race: Black or African American, Sex: Female, Est. Age: 18-24, Hair: Black, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.5513308029,-121.4129427596 Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Sacramento County ,

CA      on      7/24/2026      .

/s/ *Mariah Gutierrez*

Mariah Gutierrez - +1 (916) 477-4299
Registration No.: 2025-028
Registration County: Sacramento County



Exhibit 1a)
7/24/2026 12:28 pm PDT
7801 Folsom Blvd, Ste 202, Sacramento, CA 95826-2620
38.5513308, -121.4129428