**DLA Piper LLP (US)**
ANGELA AGRUSA (Bar No. 131337)
*angela.agrusa@us.dlapiper.com*
KRISTINA FERNANDEZ MABRIE (Bar No. 318315)
*kristina.fernandezmabrie@us.dlapiper.com*
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Telephone:   310.595.3000
Facsimile:   310.595.3300

Tamar Y. Duvdevani (*pro hac vice forthcoming*)
*tamar.duvdevani@us.dlapiper.com*
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone:  212.335.4500
Facsimile:   212.335.4501

*Attorneys for Defendant*
*Nike, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE PEARSON, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>NIKE, INC.,<br><br>              Defendant. | Case No. 3:26-cv-04167-CAB-DEB<br><br>**JOINT MOTION AND STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(Civil Local Rules 7.2 & 12.1)**<br><br>District Judge Cathy Ann Bencivengo<br>Magistrate Judge Daniel E. Butcher |

DLA PIPER LLP (US)
ATTORNEYS AT LAW
LOS ANGELES

Plaintiff Corinne Pearson, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Nike, Inc. ("Defendant"; collectively, the "Parties"), through their respective counsel of record, jointly move this Court for an Order extending Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint from August 14, 2026 to **September 23, 2026**. In support of this motion, the Parties state as follows:

1. On July 21, 2026, Plaintiff filed her Complaint for Damages, Injunctive Relief, and Other Equitable Relief. (ECF No. 1.)

2. On July 24, 2026, Plaintiff served Defendant with the Complaint. (ECF No. 9.)

3. Defendant's current deadline to respond to the Complaint is August 14, 2026.

4. On or around August 24, 2026, Plaintiff intends to amend her Complaint to add a claim for monetary damages under the Consumer Legal Remedies Act. Without waiver of its rights to move to dismiss, Defendant consents to this amendment. The Parties further agree that this amendment shall not affect Plaintiff's separate right to amend once as a matter of course under Fed. R. Civ. P. 15(a)(1)(B), which permits amendment within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

5. The Parties have agreed to extend Defendant's deadline to respond to the Complaint until 30 days after the filing of Plaintiff's anticipated Amended Complaint. Good cause exists for this extension because it will provide Defendant sufficient time to investigate and analyze the new claim and the Parties sufficient time to meet and confer prior to potential motion practice.

6. This joint motion is made in good faith and not for delay. The proposed extension does not affect any dates or deadlines the Court has set. The Parties do not intend for this joint motion to prejudice their rights or defenses in this action, all of which are expressly reserved.

DLA PIPER LLP (US)
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT MOTION AND STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT
Case No. 3:26-cv-04167-CAB-DEB

7.      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has agreed to the filing of this document in both substance and form; and (3) a record supporting assent and concurrence to this filing is available for inspection or production if so ordered.

Accordingly, the Parties respectfully request that the Court extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint to **September 23, 2026.**

Respectfully submitted,

Dated:  August 6, 2026          **DLA PIPER LLP (US)**

By: */s/ Angela Agrusa*
    Angela Agrusa

*Attorney for Defendant Nike, Inc.*

Dated:  August 6, 2026          **NICHOLS KASTER, PLLP**

By: */s/ Brock J. Specht*
    Brock J. Specht

*Attorney for Plaintiff Corinne Pearson*