UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE PEARSON, | Case No.:  3:26-cv-4167-CAB-DEB |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR EXTENSION** |
| NIKE, INC., | |
| Defendant. | **[Doc. No. 12]** |

The parties jointly move for an extension for Defendant Nike, Inc. to file a response to Plaintiff's forthcoming amended complaint.  The motion is **GRANTED**.  Defendant shall respond to the amended complaint within thirty (30) days after it is filed.

It is **SO ORDERED**.

Dated:  August 10, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-4167-CAB-DEB